PAUL HASTINGS LLP
Yar R. Chaikovsky (SB# 175421)
yarchaikovsky@paulhastings.com
Philip Ou (SB# 259896)
philipou@paulhastings.com
David Okano (SB# 278485)
davidokano@paulhastings.com
Anthony Tartaglio (SB# 280286)
anthonytartaglio@paulhastings.com
1117 S. California Ave.
Palo Alto, CA 94304
Phone:  (650) 320-1800
Fax:  (650) 320-1900

Thomas O'Brien (SB# 166369)
thomasobrien@paulhastings.com
515 S. Flower St., Floor 25
Los Angeles, CA 90071-2228
Phone: (213) 683-6000
Fax: (213) 996-3146

Chad J. Peterman (*pro hac vice*)
chadpeterman@paulhastings.com
200 Park Avenue
New York, NY  10166
Phone:  (212) 318-6000
Fax:  (212) 319-4090

Attorneys for Snap Inc.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| BLACKBERRY LIMITED, a Canadian corporation,<br><br>              Plaintiff,<br><br>       vs.<br><br>SNAP INC., a Delaware corporation,<br><br>              Defendant. | CASE NO. 2:18-cv-02693-GW (KSx)<br><br>**DECLARATION OF CHAD PETERMAN IN SUPPORT OF SNAP INC.'S MOTION TO STAY THE FRCP 26(A) PRELIMINARY DISCLOSURES, DISCOVERY, AND SCHEDULING ORDER** |

I, Chad J. Peterman, declare:

1.      I am a partner with Paul Hastings LLP, counsel of record in this action for Defendant Snap Inc. ("Snap").  I have personal knowledge of the facts set forth in this declaration and, if called as a witness, could and would testify to those facts under oath.

2.      On May 22, 2018, I participated in a meet and confer with Plaintiff's counsel about an anticipated motion to dismiss directed at the complaint against Snap.  During this meeting and in subsequent email exchanges, the parties discussed a schedule that would accommodate Plaintiff's request for an extended period to respond and a hearing date that would match its availability.

3.      On June 13, 2018, Plaintiff's counsel contacted Snap's counsel via email, demanding that a Rule 26(f) conference occur the following day.  A copy of this notification and the correspondence leading to the conference is attached as Ex. C.  Plaintiff did not send over a draft Rule 26(f) report or scheduling proposal for Snap to consider either before or after the conference.

4.      On June 14, 2018, the parties conducted a conference call regarding Snap's belief that the conference was premature.  I explained Snap's contention that the ultimate scope of the case would impact discovery and scheduling.

5.      After close of business on June 15, 2018, Plaintiff's counsel sent an email attaching a first set of interrogatories and first set of requests for production. The discovery requests are attached as Exs. A & B.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on June 21, 2018, in New York, New York.

DATED:  June 21, 2018          By:  _____
                                    */s/ Chad J. Peterman*
                                       Chad J. Peterman