PAUL HASTINGS LLP
Yar R. Chaikovsky (SB# 175421)
yarchaikovsky@paulhastings.com
Philip Ou (SB# 259896)
philipou@paulhastings.com
David Okano (SB# 278485)
davidokano@paulhastings.com
Anthony Tartaglio (SB# 280286)
anthonytartaglio@paulhastings.com
1117 S. California Ave.
Palo Alto, CA 94304
Phone: (650) 320-1800
Fax: (650) 320-1900

| | |
|---|---|
| Thomas O'Brien (SB# 166369) | Chad J. Peterman (*pro hac vice*) |
| thomasobrien@paulhastings.com | chadpeterman@paulhastings.com |
| 515 S. Flower St., Floor 25 | 200 Park Avenue |
| Los Angeles, CA 90071-2228 | New York, NY 10166 |
| Phone: (213) 683-6000 | Phone: (212) 318-6000 |
| Fax: (213) 996-3146 | Fax: (212) 319-4090 |

Attorneys for Snap Inc.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

| | |
|---|---|
| BLACKBERRY LIMITED, a Canadian corporation,<br><br>      Plaintiff,<br><br>      v.<br><br>SNAP INC., a Delaware corporation,<br><br>      Defendant. | CASE NO. 2:18-cv-02693-GW (KSx)<br><br>**NOTICE OF LEAD ATTORNEY** |

1 | Notice is hereby given that Yar R. Chaikovsky of Paul Hastings LLP is an attorney of record for Defendant Snap Inc. and is the Lead Attorney representing Snap Inc.  Accordingly, the Court's ECF service list should list Yar R. Chaikovsky as the Lead Attorney representing Snap Inc.

DATED:  August 3, 2018

PAUL HASTINGS LLP

By:     */s/ Yar R. Chaikovsky*
        Yar R. Chaikovsky
        Attorney for Snap Inc.