COUNSEL LISTED
IN SIGNATURE BLOCK

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLACKBERRY LIMITED, a Canadian corporation,<br><br>        Plaintiff,<br><br>        v.<br><br>FACEBOOK, INC., a Delaware corporation, WHATSAPP INC., a Delaware corporation, and INSTAGRAM, INC., a Delaware corporation, and INSTAGRAM, LLC, a Delaware limited liability company<br><br>        Defendants. | CASE NO. 2:18-cv-01844 GW(KSx)<br><br>**UPDATED JOINT CASE SCHEDULING REPORT** |
| BLACKBERRY LIMITED, a Canadian corporation,<br><br>        Plaintiff,<br><br>        v.<br><br>SNAP INC., a Delaware corporation<br><br>        Defendant. | CASE NO. 2:18-cv-02693 GW(KSx) |

In the parties' joint submission on September 21, the parties noted that "[t]he parties [were] continuing to discuss whether [the infringement contentions] may impact the claim construction process." (Dkt. 88 at 7.) Defendants requested a follow-up status conference, which the Court set for November 8, 2018. (Dkt. 92).

Since the last scheduling conference, Defendants have served invalidity contentions and produced source code and technical documents.[1] In addition, Defendants have produced and are continuing to produce additional source code and technical documents in compliance with their ongoing discovery obligations on a rolling basis. Plaintiff continues to review documents and source code provided by Defendants. The parties have continued their discussions concerning supplemental infringement contentions and the timing of the claim construction process. As a result of those discussions, Plaintiff has agreed to serve supplemental infringement contentions by December 14, 2018. The intended goal of the supplemental contentions is to better assist the parties and the Court in identifying key claim construction disputes and their significance.

In light of this goal, the parties jointly request that the Court adjust the claim construction schedule, including the hearing, by approximately a month:

| Event | Current Deadline | Joint Proposal |
|---|---|---|
| BlackBerry's First Supplemental Infringement Contentions | N/A | December 14, 2018 |
| **S.P.R. 3.1** - Exchange of Proposed Terms for Construction | November 12, 2018 (by 6pm pacific) | December 21, 2018 |
| **S.P.R. 3.2** - Exchange of Claim Constructions and Extrinsic | November 29, 2018 (by 8pm pacific) | January 17, 2019 |

---

[1] The parties are discussing disputes about the sufficiency of these productions under the Standing Patent Rules and other outstanding requests for production.

| Event | Current Deadline | Joint Proposal |
|---|---|---|
| Evidence | | |
| **S.P.R. 3.3** - Completion of Claim Construction Discovery | January 4, 2019 | Feb. 7, 2019 |
| Preliminary Election of Asserted Claims | January 4, 2019 | Feb. 7, 2019 |
| **S.P.R. 3.4** - Joint Claim Construction and Prehearing Statement | January 11, 2019 (by 6pm pacific) | Feb. 14, 2019 (by 6pm pacific) |
| **S.P.R. 3.5** - Opening Claim Construction Briefs | January 17, 2019 | Feb. 21, 2019 |
| Preliminary Election of Asserted Prior Art | January 17, 2019 | Feb. 21, 2019 |
| **S.P.R. 3.5, 3.5.1-3.5.3** - Responsive Claim Construction Briefs and Jointly Lodged Material | January 31, 2019 | Mar. 7, 2019 |
| **S.P.R. 3.6** - Claim Construction Hearing | **February 21, 2019** | **March 21, 2019** |
| Final Election of Claims | 28 Days After Claim Construction Order | 28 Days After Claim Construction Order |
| Final Election of Prior Art | 42 Days After Claim Construction Order | 42 Days After Claim Construction Order |

BlackBerry's agreement to provide supplemental contentions by December 14, does not preclude BlackBerry from providing further supplementation based on BlackBerry's continuing review of source code and other discovery beyond that date, such as depositions of defendants' engineers or production of additional documents. The parties agree that the Standing Patent Rules, the Federal Rules of Civil Procedure and/or this Court's prior orders regarding contentions (*e.g.* Dkt. 77 and 84) continue to govern any supplementation of contentions.

BlackBerry expressly reserves its right to further supplement its contentions as permitted by the adopted Standing Patent Rules, the Federal Rules of Civil

Procedure and/or this Court's prior orders regarding contentions (*e.g.* Dkt. 77 and 84).

Defendants reserve their rights to object to BlackBerry's infringement contentions to the extent they remain deficient or otherwise do not meet the standards set forth in the Standing Patent Rules, Federal Rules of Civil Procedure, relevant case law, and/or this Court's prior orders regarding contentions (*e.g.* Dkt. 77 and 84).

DATED: November 1, 2018                Respectfully Submitted,


By */s/ James R. Asperger*
   QUINN EMANUEL URQUHART & SULLIVAN, LLP
   James R. Asperger (Bar No. 83188)
   jamesasperger@quinnemanuel.com
   865 S. Figueroa St., 10th Floor
   Los Angeles, CA 90017
   Telephone: (213) 443-3000
   Facsimile: (213) 443-3100

   Kevin P.B. Johnson (Bar No. 177129)
   kevinjohnson@quinnemanuel.com
   Victoria F. Maroulis (Bar No. 202603)
   victoriamaroulis@quinnemanuel.com
   555 Twin Dolphin Drive, 5th Floor
   Redwood Shores, CA 94065
   Telephone: (650) 801-5000
   Facsimile: (650) 801-5100

   BLACKBERRY CORPORATION
   Edward R. McGah, Jr (SBN 97719)
   Vice President, Deputy General Counsel
   41 Ticknor Place
   Laguna Niguel, California 92677
   Telephone: (+1) 650-581-4750
James R. Asperger (Bar No. 83188)
jamesasperger@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for BlackBerry Limited

| | |
|---|---|
| Dated: November 1, 2018 | COOLEY LLP |
| | |
| | */s/ Matthew J. Brigham* |
| | Matthew J. Brigham (191428) |
| | |
| | COOLEY LLP |
| | HEIDI L. KEEFE (178960) |
| | (hkeefe@cooley.com) |
| | MARK R. WEINSTEIN (193043) |
| | (mweinstein@cooley.com) |
| | MATTHEW J. BRIGHAM (191428) |
| | (mbrigham@cooley.com) |
| | LOWELL D. MEAD (223989) |
| | (lmead@cooley.com) |
| | 3175 Hanover Street |
| | Palo Alto, CA 94304-1130 |
| | Telephone: (650) 843-5000 |
| | Facsimile: (650) 849-7400 |
| | |
| | COOLEY LLP |
| | MICHAEL G. RHODES (116127) |
| | (rhodesmg@cooley.com) |
| | 101 California Street |
| | 5th Floor |
| | San Francisco, CA 94111-5800 |
| | Telephone: (415) 693-2000 |
| | Facsimile: (415) 693-2222 |
| | |
| | Attorneys for Defendants |
| | FACEBOOK, INC., WHATSAPP INC., INSTAGRAM, INC., and INSTAGRAM, LLC |

Dated: November 1, 2018

By <u>*/s/ Chad J. Peterman*</u>

PAUL HASTINGS LLP
YAR R. CHAIKOVSKY (SB# 175421)
yarchaikovsky@paulhastings.com
PHILIP OU (SB# 259896)
philipou@paulhastings.com
ANTHONY J. TARTAGLIO (SB# 280286)
anthonytartaglio@paulhastings.com
1117 S. California Avenue
Palo Alto, California 94304
Telephone: 1(650) 320-1800
Facsimile: 1(650) 320-1900

CHAD J. PETERMAN (*Pro Hac Vice*)
chadpeterman@paulhastings.com
200 Park Avenue
New York, New York 10166
Telephone: (212) 319-6000
Facsimile: (212) 319-4090

THOMAS ZACCARO (SB# 183241)
thomaszaccaro@paulhastings.com
515 South Flower Street
Twenty-Fifth Floor
Los Angeles, California 90071
Telephone: (213) 683-6000
Facsimile: (213) 996-3146

Attorneys for Defendant
Snap Inc.

**FILER'S ATTESTATION**

I, James Asperger, am the ECF user whose ID and password were used to file this Updated Joint Case Scheduling Report. Pursuant to L.R. 5-4.3.4.(a)(2), I hereby attest that counsel for Defendants concurred in the filing of this document.

By */s/ James R. Asperger*