COUNSEL LISTED
IN SIGNATURE BLOCK

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLACKBERRY LIMITED, a Canadian corporation, | |
| Plaintiffs, | CASE NO. 2:18-cv-01844 GW(KSx) **LEAD CONSOLIDATED CASE** |
| v. | CASE NO. 2:18-cv-02693 GW(KSx) |
| FACEBOOK, INC., a Delaware corporation, WHATSAPP INC., a Delaware corporation, and INSTAGRAM, INC., a Delaware corporation, and INSTAGRAM, LLC, a Delaware limited liability company | **JOINT STIPULATION TO MODIFY SCHEDULING ORDER** |
| Defendants, | |
| SNAP INC., a Delaware corporation | |
| Defendant. | |

Plaintiff BlackBerry Limited ("BlackBerry"), Defendants Facebook, Inc., WhatsApp, Inc., and Instagram, LLC (collectively, "Facebook Defendants"), and Defendant Snap submit the following stipulation and request that the Court modify the scheduling order (Dkt. 209, 215) as follows:

| *Event* | *Current Dates* | *Proposed Dates* |
|---|---|---|
| **Fact Discovery Complete** | Friday, August 2, 2019 | Friday, August 30, 2019 |
| **Final Infringement Contentions** | Friday, August 16, 2019 | Friday, September 6, 2019 |
| **Final Invalidity Contentions** | Friday, August 30, 2019 | Friday, September 13, 2019 |
| **Opening Expert Reports** | Friday, September 13, 2019 | Friday, September 27, 2019 |
| **Rebuttal Expert Reports** | Friday, October 11, 2019 | Friday, October 25, 2019 |
| **Expert Discovery Complete** | Friday, November 1, 2019 | Friday, November 8, 2019 |
| **Summary Judgment and Daubert Opening Brief** | Tuesday, November 12, 2019 | Wednesday, November 20, 2019 |
| **Summary Judgment and Daubert Opposition Brief** | Monday, December 2, 2019 | Friday, December 13, 2019 |
| **Summary Judgment and Daubert Reply Brief** | Monday, December 16, 2019 | Friday, December 20, 2019 |
| **Summary Judgment and Daubert Hearing** | Monday, January 13, 2020 | No change |
| **Pre-trial Conference (Snap)** | Thursday, March 5, 2020 | No change |
| **Trial (Snap)** | Tuesday March 17, 2020 | No change |
| **Pre-trial Conference (Facebook)** | Thursday, April 2, 2020 | No change |

| *Event* | *Current Dates* | *Proposed Dates* |
|---|---|---|
| **Trial (Facebook)** | Monday, April 13, 2020 | No change |

As shown above, the Court's dispositive motion hearing date, pre-trial conferences, and trial dates are not impacted. The parties agree that a modest extension of the fact discovery deadline is needed, given the discovery that still remains and witness availability. As a result, certain other pre-trial deadlines have been adjusted accordingly, as proposed above. The parties thus respectfully request that the Court enter the above modified schedule.

DATED: July 11, 2019              Respectfully Submitted.


By  */s/ James R. Asperger*
QUINN EMANUEL URQUHART & SULLIVAN, LLP
James R. Asperger (Bar No. 83188)
jamesasperger@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

BLACKBERRY CORPORATION
Edward R. McGah, Jr (SBN 97719)
Vice President, Deputy General Counsel
41 Ticknor Place
Laguna Niguel, California 92677
Telephone: (+1) 650-581-4750

*Attorneys for Plaintiff BlackBerry Limited*

DATED:  July 11, 2019            Respectfully Submitted,

By  */s/ Heidi L. Keefe*
   COOLEY LLP
     Matthew J. Brigham (191428)

     HEIDI L. KEEFE (178960)
     (hkeefe@cooley.com)
     MARK R. WEINSTEIN (193043)
     (mweinstein@cooley.com)
     MATTHEW J. BRIGHAM (191428)
     (mbrigham@cooley.com)
     LOWELL D. MEAD (223989)
     (lmead@cooley.com)
     3175 Hanover Street
     Palo Alto, CA 94304-1130
     Telephone: (650) 843-5000
     Facsimile: (650) 849-7400

   COOLEY LLP
     MICHAEL G. RHODES (116127)
     (rhodesmg@cooley.com)
     101 California Street
     5th Floor
     San Francisco, CA 94111-5800
     Telephone: (415) 693-2000
     Facsimile: (415) 693-2222

   *Attorneys for Defendants Facebook, Inc., WhatsApp Inc., and Instagram LLC*

Dated: July 11, 2019

By /s/ *Chad J. Peterman*

PAUL HASTINGS LLP
YAR R. CHAIKOVSKY (SB# 175421)
yarchaikovsky@paulhastings.com
PHILIP OU (SB# 259896)
philipou@paulhastings.com
ANTHONY J. TARTAGLIO (SB# 280286)
anthonytartaglio@paulhastings.com
1117 S. California Avenue
Palo Alto, California 94304
Telephone: 1(650) 320-1800
Facsimile: 1(650) 320-1900

CHAD J. PETERMAN (*Pro Hac Vice*)
chadpeterman@paulhastings.com
200 Park Avenue
New York, New York 10166
Telephone: (212) 319-6000
Facsimile: (212) 319-4090

THOMAS ZACCARO (SB# 183241)
thomaszaccaro@paulhastings.com
515 South Flower Street
Twenty-Fifth Floor
Los Angeles, California 90071
Telephone: (213) 683-6000
Facsimile: (213) 996-3146

Attorneys for Defendant
Snap Inc.

## ATTESTATION

In accordance with Civil Local Rule 5-4.3.4(a)(2)(i), I attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

By */s/ James R. Asperger*
James R. Asperger