IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLACKBERRY LIMITED, a Canadian corporation,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>FACEBOOK, INC., a Delaware corporation, WHATSAPP INC., a Delaware corporation, and INSTAGRAM, LLC, a Delaware limited liability company<br><br>　　　　　　Defendants,<br><br>SNAP INC., a Delaware corporation<br><br>　　　　　　Defendant. | Case No. 2:18-cv-01844-GW-KS<br>**LEAD CONSOLIDATED CASE**<br><br>Related Case: 2:18-cv-02693-GW-KS<br><br>**[PROPOSED] ORDER MODIFYING SCHEDULING ORDER** |

Having considered the Joint Stipulation of the parties, IT IS HEREBY ORDERED THAT that the current scheduling order (Dkt. 209, 215) be modified as follows:

| *Event* | *Current Dates* | *Proposed Dates* |
|---|---|---|
| **Fact Discovery Complete** | Friday, August 2, 2019 | Friday, August 30, 2019 |
| **Final Infringement Contentions** | Friday, August 16, 2019 | Friday, September 6, 2019 |

-1-

Case No. 2:18-cv-01844 GW(KSx)
Case No. 2:18-cv-02693 GW(KSx)
[PROPOSED] ORDER REGARDING STIPULATION TO MODIFY SCHEDULING ORDER

| *Event* | *Current Dates* | *Proposed Dates* |
|---|---|---|
| **Final Invalidity Contentions** | Friday, August 30, 2019 | Friday, September 13, 2019 |
| **Opening Expert Reports** | Friday, September 13, 2019 | Friday, September 27, 2019 |
| **Rebuttal Expert Reports** | Friday, October 11, 2019 | Friday, October 25, 2019 |
| **Expert Discovery Complete** | Friday, November 1, 2019 | Friday, November 8, 2019 |
| **Summary Judgment and Daubert Opening Brief** | Tuesday, November 12, 2019 | Wednesday, November 20, 2019 |
| **Summary Judgment and Daubert Opposition Brief** | Monday, December 2, 2019 | Friday, December 13, 2019 |
| **Summary Judgment and Daubert Reply Brief** | Monday, December 16, 2019 | Friday, December 20, 2019 |
| **Summary Judgment and Daubert Hearing** | Monday, January 13, 2020 | No change |
| **Pre-trial Conference (Snap)** | Thursday, March 5, 2020 | No change |
| **Trial (Snap)** | Tuesday March 17, 2020 | No change |
| **Pre-trial Conference (Facebook)** | Thursday, April 2, 2020 | No change |
| **Trial (Facebook)** | Monday, April 13, 2020 | No change |

**IT IS SO ORDERED.**

Dated: _____
GEORGE H. WU, U.S. District Judge