Name and address:
Richard A. Lowry
QUINN EMANUEL URQUHART & SULLIVAN, LLP
1300 I Street NW, Suite 900
Washington, D.C. 20005

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLACKBERRY LIMITED<br><br>                                Plaintiff(s)<br>v.<br>SNAP INC.<br><br>                               Defendant(s). | CASE NUMBER<br><br>CV 18-2693-GW-KSx<br><br>**ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Richard, Lowry A.
*Applicant's Name (Last Name, First Name & Middle Initial)*
(202) 538-8000              (202) 538-8100
*Telephone Number*          *Fax Number*
richardlowry@quinnemanuel.com
*E-Mail Address*

of QUINN EMANUEL URQUHART & SULLIVAN, LLP
1300 I Street NW, Suite 900
Washington, D.C. 20005
*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

BlackBerry Limited

*Name(s) of Party(ies) Represent*       ✓ *Plaintiff(s)*  ☐ *Defendant(s)*  ☐ *Other:*

**and designating as Local Counsel**

Patrick, Schmidt T.
*Designee's Name (Last Name, First Name & Middle Initial)*
274777           (213) 443-3000          (213) 443-3100
*Designee's Cal. Bar No.*  *Telephone Number*  *Fax Number*
patrickschmidt@quinnemanuel.com
*E-Mail Address*

of QUINN EMANUEL URQUHART & SULLIVAN, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017-2543
*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☒ GRANTED

☐ DENIED:
- ☐ for failure to pay the required fee.
- ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
- ☐ for failure to complete Application: _____
- ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
- ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.
- ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded ☐ not be refunded.

**Dated: July 17, 2019**

*/s/ George H. Wu*
**HON. GEORGE H. WU, U.S. District Judge**