UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLACKBERRY LIMITED, a Canadian corporation,<br><br>Plaintiff,<br><br>v.<br><br>SNAP INC., a Delaware corporation,<br><br>Defendant. | Case No. CV 18-2693-GW-KSx<br><br>**FINAL JUDGMENT** |

The Court, having read and considered the Joint Stipulation and Request to Dismiss Case and Enter Final Judgment between plaintiff BlackBerry Limited ("BlackBerry") and Snap Inc. ("Snap"), and for good cause appearing, HEREBY ORDERS, ADJUDGES, and DECREES that:

1. BlackBerry's claims related to U.S. Patent Nos. 8,301,713 (Count III) and 8,209,634 (Count IV) are dismissed with prejudice;

2. Snap's counterclaims seeking declaratory judgment of non-infringement (First Cause of Action) and declaratory judgment of invalidity (Second Cause of Action) in relation to U.S. Patent Nos. 8,301,713 and 8,209,634 are dismissed with prejudice;

3. Final judgment is hereby entered on BlackBerry's claims related to U.S. Patent Nos. 8,825,084 (Count I), 8,326,327 (Count II), 8,296,351 (Count V), and 8,676,929 (Count VI).

4. Snap's counterclaims seeking declaratory judgment of non-infringement (First Cause of Action) and declaratory judgment of invalidity (Second Cause of Action) in relation to U.S. Patent Nos. 8,825,084, 8,326,327, 8,296,351, and 8,676,929 are dismissed as moot.

5. Each party shall bear its own attorneys' fees as of the date of final judgment. The parties reserve any right they may have to seek attorneys' fees incurred subsequent to final judgment following appellate review.

6. BlackBerry and Snap have separately agreed regarding the amount of taxable costs pursuant to 28 U.S.C. § 1920, Federal Rule of Civil Procedure 54(d), and Local Civil Rule 54. Snap is hereby awarded costs in the amount agreed upon by the parties.

7. BlackBerry will not pursue any claim that Snap infringes U.S. Patent Nos. 8,209,634 and/or 8,301,713 that was raised or could have been raised by BlackBerry in this action, whether based on acts by Snap that have already occurred or that occur in the future.

7. This entire action is dismissed and judgment is now final.

Dated: November 15, 2019

_____
HONORABLE GEORGE H. WU
UNITED STATES DISTRICT JUDGE